

# NUMBER 13-14-00490-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PRIME INSURANCE COMPANY

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

Relator, Prime Insurance Company, filed a petition for writ of mandamus and motion for temporary relief in the above cause on August 29, 2014. Through this original proceeding, relator seeks to enforce a forum selection clause.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that said motion should be granted. The motion for temporary relief is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b)

("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, RZQ, L.L.C., Hameed Quraishi, M.D., Rafath Quraishi, M.D., Aadam Quraishi, and Advanced Medical Imaging, L.L.C., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of September, 2014.